# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2008

*Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial)  FRIEDMAN, BERNARD A. | 2. Court or Organization  EASTERN DISTRICT OF MICHIGAN | 3. Date of Report  03/02/2009 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)  ACTIVE U. S. DISTRICT JUDGE | 5a. Report Type (check appropriate type)  ☐ Nomination, Date  ☐ Initial  ☑ Annual  ☐ Final  5b. ☐ Amended Report | 6. Reporting Period  01/01/2008 to 12/31/2008 |
| 7. Chambers or Office Address  100 UNITED STATES COURTHOUSE  231 WEST LAFAYETTE BOULEVARD  DETROIT, MICHIGAN 48226 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.  Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Member of the Board | Children's Hospital of Michigan |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☐ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. 1982-pre | State of Michigan 48th District Court Pension Fund |
| 2. | |
| 3. | |



**COPY**

Freidman_Bernard_A

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 03/02/2009 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

[✓] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

[ ] NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 1/1-12/31 | Self-Employed Psychological Practice |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

[✓] NONE *(No reportable reimbursements.)*

| SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|
| 1. | | | | |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| 5. | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 03/02/2009 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| FRIEDMAN, BERNARD A. | 03/02/2009 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. IRA AND PENSION ACCOUNT: 48TH DISTRICT COURT | | None | | | (Heading) | | | | |
| 2. Large Cap Blend/Victor Fund | A | Dividend | M | T | | | | | |
| 3. AIM Fund | A | Dividend | J | T | | | | | |
| 4. Templeton Foreign Fund | A | Dividend | K | T | | | | | |
| 5. STATE OF MICHIGAN 401 K | | None | | | (Heading) | | | | |
| 6. Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 7. Am Fund Euro-Pacific | A | Dividend | J | T | | | | | |
| 8. Rainier Lg. Cap. (formerly Legg Mason) | A | Dividend | J | T | | | | | State chg'd fr. Legg Mason |
| 9. Fidelity Fund Manager Program Portfolio Advisory | C | Div. | M | T | | | | | |
| 10. Lloyd's Mobile Home Ltd. P'ship Int. | B | Distribution | K | W | | | | | |
| 11. Archwood Apt. Assoc. Ltd. Partnership Interest | B | Distribution | K | W | | | | | |
| 12. Lighthouse Pte. Apt. Project Limited Partners | A | Distribution | K | W | | | | | |
| 13. Weathervane Apt. Assoc., a Ltd. Partnership | A | Distribution | K | W | | | | | |
| 14. Bellridge Apartment Assoc., Limited Partnership | A | Distribution | K | W | | | | | |
| 15. Kingsborough Ltd. P/S in Mobile Home Park | B | Distribution | K | W | | | | | |
| 16. Vista Del Sol Ltd. P/S in Mobile Home Park | B | Distribution | | | Closed | 12/1 | J | A | P/S Dissolved |
| 17. High Country, Ltd. | B | Distribution | K | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| --- | --- | --- | --- | --- | --- |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 03/02/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. OLTC, Ltd. | A | Distribution | K | W | | | | | |
| 19. 29180 Van Born LLL | A | Distribution | | | Closed | 6/1 | J | D | P/S Dissolved |
| 20. Bank One | B | Dividend | J | T | | | | | |
| 21. Certificates of Deposit/Regular Savings - JP Morgan Chase | C | Interest | K | T | | | | | |
| 22. Nationwise Ins. Co. | A | Interest | K | T | | | | | |
| 23. U. S. Savings Bonds | B | Interest | K | T | | | | | |
| 24. (CAPTION) COMMON STOCKS | | None | | | (Heading) | | | | |
| 25. Pepsico | B | Dividend | N | T | | | | | |
| 26. Disney | A | Dividend | J | T | | | | | |
| 27. Kellogg | A | Dividend | K | T | | | | | |
| 28. Lockheed Martin | A | Dividend | J | T | | | | | |
| 29. CMS Energy | A | Dividend | J | T | | | | | |
| 30. NCR | A | Dividend | J | T | | | | | |
| 31. Teradata Corporation | | None | J | T | | | | | |
| 32. Target | A | Dividend | J | T | | | | | |
| 33. Wal-Mart | A | Dividend | J | T | | | | | |
| 34. Glimcher Realty Trust | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 03/02/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Lehman Bros. Holding | A | Dividend | | | Closed | 9/15 | J | A | No value/gain - bankrupt |
| 36. U. S. Bancorp | A | Dividend | J | T | | | | | |
| 37. Magellan Fund - Fidelity | A | Interest | J | T | | | | | |
| 38. (CAPTION) MUNICIPAL BONDS | | None | | | (Heading) | | | | |
| 39. Roseville MI Com. Schools | A | Interest | J | T | | | | | |
| 40. Rochester Hills MI Cap | A | Interest | L | T | | | | | |
| 41. Manistee MI Public Schools | A | Interest | K | T | | | | | |
| 42. MI Mun Bd. Auth Rev | A | Interest | K | T | | | | | |
| 43. Milan MI Schools | A | Interest | K | T | | | | | |
| 44. Detroit/Wayne County | A | Interest | | | Redeemed | 2-1 | K | A | Merrill Lynch |
| 45. Detroit Michigan School District | A | Interest | | | Redeemed | 5/1 | K | A | Merrill Lynch |
| 46. Michigan Comprehensive | A | Interest | J | T | | | | | |
| 47. White Cloud Michigan Public Schools | A | Interest | K | T | | | | | |
| 48. CD Merrill Lynch | A | Dividend | | | Redeemed | 1/15 | L | A | Merrill Lynch |
| 49. CD Western Bank of PR | A | Interest | | | Redeemed | 5-16 | J | A | |
| 50. CD J. P. Morgan Chase | A | Interest | L | T | Buy | 3/31 | K | | Merrill Lynch |
| 51. CD Am Trust Bank | A | Interest | L | T | Buy | 6/11 | K | | Merrill Lynch |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 03/02/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fed. Nat. Mtg. Ass. | A | Interest | K | T | Buy | 10/11 | K | | Merrill Lynch |
| 53. ATT | A | Dividend | K | T | Distributed | 4/11 | K | | Inherited - Merrill Lynch |
| 54. Am. Bal. Fund | A | Dividend | K | T | Distributed | 4/11 | K | | Inherited - Merill Lynch |
| 55. Waste Mgt. | A | Dividend | J | T | Distributed | 7/30 | J | | Inherited - Merill Lynch |
| 56. CD 1st Bank of PR | A | Interest | | | Redeemed | 5-8 | K | A | Merrill Lynch |
| 57. (CAPTION) IRAs and SEPs | | None | | | (Heading) | | | | |
| 58. (CAPTION) FIDELITY CORP. IRA | | None | | | (Heading) | | | | |
| 59. Diversified International | A | Dividend | J | T | | | | | |
| 60. Appreciation Fund | A | Dividend | J | T | | | | | |
| 61. Stock Selector Fund | A | Dividend | J | T | | | | | |
| 62. Magellan | A | Dividend | J | T | | | | | |
| 63. (CAPTION) FIDELITY SEP/IRA | | None | | | (Heading) | | | | |
| 64. Fidelity Canada | A | Dividend | J | T | | | | | |
| 65. Contrafund | A | Dividend | K | T | | | | | |
| 66. Fidelity Bal | A | Dividend | J | T | | | | | |
| 67. Fidelity Growth & Income | A | Dividend | K | T | | | | | |
| 68. Alpine Realty Income | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 03/02/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) / Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Fidelity International Disc. | A | Dividend | J | T | | | | | |
| 70. Newberger Brennan P/S | A | Dividend | J | T | | | | | |
| 71. Janus Fund | A | Dividend | J | T | | | | | |
| 72. American Century IRA/S & F | A | Dividend | J | T | | | | | |
| 73. (CAPTION) T. ROWE PRICE SEP/IRA | | None | | | (Heading) | | | | |
| 74. Capital Appreciation | A | Dividend | J | T | | | | | |
| 75. (CAPTION) COMMON STOCK HELD BY WACHOVIA | | None | | | (Heading) | | | | |
| 76. Abbott Labs | A | Dividend | | | Sold | 9/19 | M | E | Wachovia |
| 77. Air Products & Chem. | A | Dividend | K | T | | | | | |
| 78. Alcatel - Lucent | A | Dividend | J | T | | | | | |
| 79. American International Group | A | Dividend | J | T | | | | | |
| 80. Archer Daniels Midland | A | Dividend | J | T | | | | | |
| 81. Arkema | A | Dividend | J | T | | | | | |
| 82. AT&T | A | Dividend | K | T | | | | | |
| 83. Autoliv, Inc. | A | Dividend | J | T | | | | | |
| 84. Bristol Myers Squibb | A | Dividend | K | T | | | | | |
| 85. CISCO Systems | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 03/02/2009 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Citadel Broadcasting | A | Dividend | J | T | | | | | |
| 87. Coca-Cola | A | Dividend | K | T | | | | | |
| 88. Comcast Corp New A | A | Dividend | | | Sold | 11/21 | J | D | Wachovia |
| 89. Covidien, Ltd. | A | Dividend | J | T | | | | | |
| 90. EDS | A | Dividend | | | Redeemed | 7/26 | J | D | Wachovia |
| 91. Exxon Mobil Corp. | A | Dividend | | | Sold | 11/21 | L | E | Wachovia |
| 92. Fifth Third Bank | A | Dividend | J | T | | | | | |
| 93. Gannett Co. | A | Dividend | | | Sold | 11/21 | J | D | Wachovia |
| 94. Gartner Group - B | A | Dividend | J | T | | | | | |
| 95. General Electric | A | Dividend | K | T | | | | | |
| 96. General Mills | A | Dividend | K | T | | | | | |
| 97. Halliburton | A | Dividend | J | T | | | | | |
| 98. Home Depot | A | Dividend | J | T | | | | | |
| 99. Hospira Inc. | A | Dividend | J | T | | | | | |
| 100. IMS | A | Dividend | J | T | | | | | |
| 101. Intel Corp. | A | Dividend | J | T | | | | | |
| 102. IBM | A | Dividend | | | Sold | 9/19 | M | D | Wachovia |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 03/02/2009 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 103. Iomega Corp. | A | Dividend | | | Redeemed | 4/10 | J | A | Wachovia |
| 104. Janus Cap Group, Inc. | A | Dividend | J | T | | | | | |
| 105. Johnson & Johnson | A | Dividend | M | T | | | | | |
| 106. J. P. Morgan Chase | A | Dividend | J | T | | | | | |
| 107. Kimberly Clark | A | Dividend | K | T | | | | | |
| 108. Limited | A | Dividend | J | T | | | | | |
| 109. Logic Corp (LSI) | A | Dividend | J | T | | | | | |
| 110. Masco Corp. | A | Dividend | J | T | | | | | |
| 111. McDonald's Corp. | A | Dividend | K | T | | | | | |
| 112. Medco Health Solutions | A | Dividend | J | T | | | | | |
| 113. Merck & Co. | B | Dividend | L | T | | | | | |
| 114. Motorola | A | Dividend | J | T | | | | | |
| 115. Neenah Paper, Inc. | A | Dividend | | | Redeemed | 3/28 | J | A | Wachovia |
| 116. Perot Systems | A | Dividend | J | T | | | | | |
| 117. Pitney Bowes | A | Dividend | J | T | | | | | |
| 118. Prudential Financial | A | Dividend | J | T | | | | | |
| 119. Rohm & Hass Co. | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 03/02/2009 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Royal Dutch Petroleum | A | Dividend | K | T | | | | | |
| 121. Sysco Corp. | A | Dividend | L | T | | | | | |
| 122. Time Warner | A | Dividend | | | Sold | 9/19 | J | D | Wachovia |
| 123. Tween Brands | A | Dividend | J | T | | | | | |
| 124. Total Fina | A | Dividend | | | Sold | 11/21 | K | D | Wachovia |
| 125. Tyco International | A | Dividend | K | T | | | | | |
| 126. Wachovia Corp. | A | Dividend | L | T | | | | | Bought by Wells Fargo |
| 127. Walgreen | A | Dividend | J | T | | | | | |
| 128. Wells Fargo Co. | A | Dividend | J | T | | 12/08 | | | Exchanged - Wachovia |
| 129. Walt Disney | A | Dividend | J | T | | | | | |
| 130. Whole Foods | A | Dividend | J | T | | | | | |
| 131. Zimmer Holdings | A | Dividend | J | T | | | | | |
| 132. 3 M Co. | A | Dividend | | | Sold | 11/21 | K | D | Wachovia |
| 133. COLUMBIA SPECIAL FUND | A | Dividend | J | T | Exchange | 8-21 | J | | Wachovia Securities |
| 134. JANUS OVERSEAS FUND | A | Dividend | J | T | | | | | |
| 135. American Inv FDS European Growth | A | Dividend | K | T | | | | | |
| 136. Federated Kaufman | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 03/02/2009 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. R S Value Fund | A | Dividend | J | T | | | | | |
| 138. (CAPTION) J. P. MORGAN | | None | | | (Heading) | | | | |
| 139. J. P. Morgan Mid-Cap Value Fund | A | Dividend | K | T | | | | | |
| 140. J. P. Morgan Intrep. Mid-Cap | A | Dividend | K | T | | | | | |
| 141. J. P. Morgan Small Cap Value Fund | A | Dividend | K | T | | | | | |
| 142. J. P. Morgan International Fund | A | Dividend | J | T | | | | | |
| 143. (CAPTION) VANGUARD | | None | | | (Heading) | | | | |
| 144. Growth Index Fund | A | Dividend | J | T | | | | | |
| 145. FIDELITY PORTFOLIO FND. MGR AC CT. (NO CONTROL/ASSET SELEC.) | C | Dividend | O | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 03/02/2009 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

████████ I are trustees of an Irrevocable Living Trust created January 19, 1990, by ████████ for the sole purpose of owning an insurance policy on their lives.

| Name of Person Reporting | Date of Report |
|---|---|
| FRIEDMAN, BERNARD A. | 03/02/2009 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544